

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00164-CR

**SEAN JEFFREY FOSTER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2015-102-C2

## O R D E R

In Trial Court Case No. 2015-102-C2, appellant Sean Foster pled not guilty to one count of Burglary of a Habitation (Count I), three counts of Indecency with a Child by Contact (Counts II, III, and IV), and one count of Indecency with a Child by Exposure (Count V). A jury found Foster guilty of all counts and assessed Foster's punishment at 30 years in prison in Count I, 15 years in prison in each of Counts II-IV, and 10 years in prison in Count V. Five judgments were signed, one for each count.

Foster filed one notice of appeal, showing his desire to appeal from "the judgment of conviction and sentence" rendered against him in Trial Court Case No. 2015-102-C2. The appeal therefore bears one case number, Court of Appeals No. 10-16-00164-CR.

Foster's appointed appellate counsel filed a brief challenging only the judgments and sentences for Counts II through V. A brief bringing any alleged error or an *Anders*-type motion to withdraw and a supporting brief as to Count I must be filed in this proceeding within 30 days from the date of this order. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967). If counsel files a motion to withdraw, counsel should also file a motion to sever as to that count. *See Kirven v. State*, No. 10-14-00122-CR (Tex. App.—Waco Oct. 22, 2015, order) (not designated for publication). *See also Loredo v. State*, No. 10-15-00322-CR (Tex. App—Waco Apr. 21, 2016, order) (not designated for publication); *Keene v. State*, No. 10-15-00389-CR (Tex. App.—Waco Feb. 15, 2017, order) (not designated for publication).

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed April 26, 2017

